UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                       PLAINTIFF

v.                                      CASE NO. 2:22-CR-20008-007

IVAN GUADALUPE LUJAN                                                                                        DEFENDANT

### ORDER

The Court ADOPTS the report and recommendation (Doc. 391) entered in this case and accepts Defendant's plea of guilty to Count 1s of the superseding indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 29th day of February 2024.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE