IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF/RESPONDENT


v.                          Case No. 2:22-cr-20008-07


IVAN GUADALUPE LUJAN                              DEFENDANT/MOVANT

## ORDER

Before the Court is the Report and Recommendation filed June 3, 2026, by the Honorable

Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 437.

In the Report and Recommendation, Judge Ford considered Movant Ivan Guadalupe Lujan's

Motion to Reduce Sentence (ECF No. 412) and Movant's appointed counsel's Notice of Intent

Not to File a Motion for a Sentence Reduction (ECF No. 426), and recommends that Movant's

Motion be denied.

Movant has not filed objections to the Report and Recommendation, and the time to do so

has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error, the Court adopts the

Report and Recommendation (ECF No. 437) *in toto*.  Movant's Motion to Reduce Sentence (ECF

No. 412) is hereby **DENIED**.

**IT IS SO ORDERED**, this 24th day of July, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge